# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-096** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **SALVADOR MEDINA-DIAZ** | : | |

## **ORDER**

AND NOW, this 10th day of September, 2012, upon Petition (Doc. 24) of the Government pursuant to Title 18, United States Code, Section 3573, it is hereby ORDERED that the unpaid balance of the assessment imposed on the defendant, on May 15, 2009, in this action is remitted.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge